**FILED**

2026 JUN 17 PM 6:00

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Brian Michael Rowan,<br><br>             Defendants. | No. CR-26-00660-PHX-DGC (MTM)<br><br>**ORDER TO SEAL INDICTMENT**<br><br>**(Filed Under Seal)** |

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

**IT IS ORDERED** that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal, to be unsealed upon the arrest of the defendant.

DATED this 17th day of June, 2026.

_____
HONORABLE JAMES E. MARNER
United States Magistrate Judge

(cc: AUSA)