

**U.S. Department of Justice**

FILED

United States Attorney
District of Arizona     2026 JUN 17  PM 6: 04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

Two Renaissance Square          Main: (602) 514-7500
40 N. Central Ave., Suite 1800     Main Fax:  (602) 514-7693
Phoenix, AZ  85004-4449

June 17, 2026

Honorable Krissa M. Lanham
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 410
401 W. Washington Street, SPC 48
Phoenix, Arizona 85003

**CR-26-00660-PHX-DGC (MTM)**

Re:    *United States v. Brian Michael Rowan*
       USAO No. 2025R06049
       Court No.

<span style="color:red">**SEALED**</span>

Dear Judge Lanham:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that:

☐    A CONFLICT MAY EXIST

   ☐    The case or matter was in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division (**February 13, 2015, through June 2, 2024**).

   ☐    My review of the file indicates that you had direct involvement in this case or matter, including in an advisory capacity, while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**September 27, 2009, through June 2, 2024**).

☒    NO PROBABLE CONFLICT

   ☒    My review of the file and/or court docket indicates (1) you did not have direct involvement in this case or matter, and (2) the case or matter was not in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division.

                          Sincerely,

                          TIMOTHY COURCHAINE
                          United States Attorney
                          District of Arizona

                          *s/Matthew Williams*
                          MATTHEW WILLIAMS
                          Assistant United States Attorney

MW / dp