TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
WILLIAM HOCHUL III
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorneys for Plaintiff

FILED

2026 JUN 17 PM 6: 04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-26-00660-PHX-DGC (MTM) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | <span style="color:red">**SEALED**</span> |
| Brian Michael Rowan, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to the pending criminal cases *United States v. Alexandria Gehrke et. al* (CR-24-01040-PHX-ROS), *United States v. Bethany Jameson* (CR-24-01068-PHX-DWL), *United States v. Carlos Ching* (CR-24-01075-PHX-GMS), *United States v. Daylon Bennett* (CR-25-00090-PHX-DWL), *United States*

*v. Tyler Kontos et. al* (CR-25-00915-PHX-SMB), *United States v. Ira Denny* (CR-25-00944-PHX-SPL), *United States v. Gina Palacious* (CR-25-00947-PHX-DWL).

Respectfully submitted this 17th day of June, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/ Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LORYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice


*s/ Shane Butland*
SHANE BUTLAND
WILLIAM HOCHUL III
Trial Attorneys