AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED _____ LODGED
X RECEIVED _____ COPY

JUN 2 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America
v.

Brian Rowan

)
)
)
)
)
)
)

Case No.    CR-26-00660-PHX-DGC (MTM)

**SEALED**

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brian Rowan                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1349 - Conspiracy to Commit Wire Fraud and Healthcare Fraud; 18:1347 and 2 - Health Care Fraud, Aid and Abet;
18:371 - Conspiracy to Defraud the United States and to Pay Healthcare Kickbacks;
42:1320a-7(b)(2)(B) and 18:2 - Offer and Payment of Kickback
18:1957 and 2 - Transactional Money Laundering, Aid and Abet

_____
Issuing officer's signature

City and state:    Phoenix, Arizona

cc: PTS

ISSUED ON 9:24 pm, Jun 17, 2026
s/ Debra D, Lucas, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)*  6/22/2026  and the person was arrested on *(date)*  6/22/2026
at *(city and state)*   Las Vegas, NV

Date:  6/22/2026

_____
*Arresting officer's signature*

_____
*Printed name and title*