AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

X FILED LODGED
RECEIVED COPY
JUL 0 7 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
BRIAN ROWAN
*Defendant*

Case No. 2:26-mj-0459-EJY

Charging District: District of Arizona

Charging District's Case No. CR-26-0660-PHX

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: AS ORDERED | Courtroom No.: AS ORDERED |
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/22/2026

Elayna J. Youchah
*Judge's signature*

Elayna Youchah, U.S. Magistrate Judge
*Printed name and title*

Case 2:26-mj-00459-EJY Document 7 Filed 06/22/26 Page 1 of 1

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED / ENTERED / RECEIVED / SERVED ON / COUNSEL/PARTIES OF RECORD

JUN 22

CLERK US DISTRICT COURT / DISTRICT OF NEVADA

BY:

# UNITED STATES DISTRICT COURT

for the

United States of America

v.

Brian Rowan

*Defendant*

Case No. 2:26-mj-00459-EJY

Charging District's Case No. 26-00660

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Arizona

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/22/26

[signature]

*Defendant's signature*

[signature]

*Signature of defendant's attorney*

Heidi Ojeda

*Printed name of defendant's attorney*

**Query** **Reports** **Utilities** **Help** **What's New** **Log Out**

ON BOND,Restraint_None

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-00459-EJY All Defendants

Case title: USA v. Brian Rowan

Date Filed: 06/22/2026

Other court case number: CR-26-00660-PHX-DGC District of Arizona

---

Assigned to: Magistrate Judge Elayna J. Youchah

**Defendant (1)**

**Brian Rowan**

represented by **Heidi A Ojeda**
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, Nv 89101
702-388-6577
Fax: 702-388-6261
Email: heidi_ojeda@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

Rule 5

---

**Plaintiff**

**USA** represented by **James Joseph Gaeta**

DOJ-USAO
Criminal Division - Las Vegas
501 Las Vegas Boulevard South
Ste 1100
Las Vegas, NV 89101
702-388-6336
Email: james.gaeta@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2026 | 1 | ~~SEALED~~ Rule 5(c)(3) Documents Received as to Brian Rowan. Documents received from District of Arizona include Sealed Indictment. (AMMi) (Main Document 1 replaced on 6/23/2026, Modified on 6/23/26) (JAM). (Entered: 06/22/2026) |
| 06/22/2026 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Brian Rowan held on 6/22/2026 before Magistrate Judge Elayna J. Youchah. Crtrm Administrator: *Jeff Miller*; AUSA: *James Gaeta*; Def Counsel: *Heidi Ojeda, AFPD*; PTS: *Emily McKillip*; Court Reporter/Recorder: *Liberty/CRD*; Recording start and end times: *2:40:24 - 2:50:51*; Courtroom: *3D*.<br><br>Defendant is present in custody and in no restraints during court proceeding. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel for purposes of today's proceedings only as Defendant has retained counsel in the District of Arizona. Waiver of Identity Hearing filed. Defendant shall be returned to the District of Arizona for all further proceedings. Government does not seek detention. Defendant is ORDERED released on PR Bond under special conditions. Separate Holding Order shall issue.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - JAM) (Entered: 06/23/2026) |
| 06/22/2026 | 5 | ORDER APPOINTING COUNSEL as to Brian Rowan. FPD appointed as counsel for Defendant. Subpoenas issued upon request, with exception to out-of-state subpoenas which will require court approval. Appearance by: Heidi A Ojeda. Signed by Magistrate Judge Elayna J. Youchah on 06/22/2026. (Copies have been distributed pursuant to the NEF - ALZ) (Entered: 06/29/2026) |
| 06/22/2026 | 6 | PR BOND Entered as to Brian Rowan. (ALZ) (Entered: 06/29/2026) |
| 06/22/2026 | 7 | WAIVER of Rule 5(c)(3) Hearings as to Brian Rowan. (ALZ) (Entered: 06/29/2026) |
| 06/25/2026 | 3 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL. Signed by Magistrate Judge Elayna J. Youchah on 6/22/2026. (Copies have been distributed pursuant to the NEF - MAM) (Entered: 06/26/2026) |