Mark Kokanovich (SBN 021168)
kokanovichm@ballardspahr.com
Helen Hitz (SBN 039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Defendant*
*Brian Rowan*

Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: 801.531.3000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Brian Rowan,<br><br>Defendant. | NO. CR-26-00660-001-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Mark Kokanovich and Helen Hitz of the law firm Ballard Spahr LLP hereby enter their appearance on behalf of Defendant Brian Rowan. All notices, pleadings and other documents filed and/or served in this case should be delivered to counsel for Brian Rowan, as follows:

Mark Kokanovich
Helen Hitz
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004
(602) 798-5400
kokanovichm@ballardspahr.com
hitzh@ballardspahr.com

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DATED this 20th day of July, 2026.

BALLARD SPAHR LLP

By: */s/ Helen Hitz*

Mark Kokanovich
kokanovichm@ballardspahr.com
Helen Hitz
hitzh@Ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Defendant*
*Brian Rowan*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of July, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

*By: /s/ Christina M. Kinsey*