IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Brian Rowan,<br>Defendant. | No. CR-26-00660-DGC (MTM)<br>**[PROPOSED] PROTECTIVE ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, no objection from the Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion for a protective order is GRANTED.

IT IS FURTHER ORDERED that:

1. The United States may disclose to defense counsel, without redaction, the following information to the extent that it is present in discoverable materials: (1) personally identifying information related to the Defendant and third parties, including, but not limited to, addresses, telephone numbers, dates of birth, social security numbers, financial information, and Medicare beneficiary identification numbers; (2) personal health information related to third parties, including, but not limited to, patient medical records; and (3) sensitive information of a personal nature related to the Defendant and third parties, including, but not limited to, information concerning marital and other intimate relationships, minor children, and personal financial matters (collectively, "Protected Information").

3. Defense counsel may share materials containing Protected Information with members of the defense team, including experts, investigators, and other professionals retained by the Defendant or defense counsel to assist in the preparation of the defense.

3. The defense team shall safeguard and shall not disclose Protected

Information provided to them, other than to the extent necessary to prepare the defense.

4. The defense team may review materials containing Protected Information with the Defendant and potential witnesses to the extent necessary to prepare the defense.

5. The Defendant and potential witnesses shall not be allowed to retain any materials containing Protected Information during the course of the litigation unless defense counsel ensures that all Protected Information (excluding information already known or possessed by the defendant prior to the start of this litigation) has been redacted from the copies to be retained.

6. The defense team, the Defendant, and potential witnesses shall not use any materials containing Protected Information for any purpose other than to prepare a defense in this case, including investigation, trial preparation, trial, and appeal.

7. No person or entity authorized to have access to Protected Information under the terms of this Order shall input, transmit, upload, process, generate output from, or otherwise expose any Protected Information received pursuant to this Protective Order to any artificial intelligence ("AI") tool without prior written consent from the Government. "AI tool" means any automated system that uses statistical modeling, machine learning, or similar techniques to process inputs and generate outputs, recommendations, or predictions, including but not limited to large language models, generative AI services, or AI-assisted software tools, whether cloud-based or otherwise. To obtain authorization for the otherwise prohibited use of an AI tool, defense counsel must submit a written request to the Government. In any request for written authorization, defense counsel must specifically identify and describe any AI tool to be used and certify that it does not (i) retain or use any Protected Information for model training, nor (ii) expose any Protected Information to third parties not authorized under this Protective Order to receive such materials. In addition, defense counsel must certify that (i) defense counsel has implemented reasonable measures to ensure that any AI tool used will maintain the confidentiality of any Protected Information, and (ii) defense counsel will ensure the deletion of all Protected Information from the tool at the conclusion of this case. Defense

counsel will be responsible for destroying such information at that time. Under no circumstances will any member of the defense team submit Protected Information to a publicly accessible AI system that retains and uses submitted data to train models. Such AI tools pose unique risks to the security and integrity of Protected Information, given the practical inability to claw back or delete data once it has been incorporated into a model.

8. Defense counsel shall inform (a) all members of the defense team with whom material containing Protected Information is shared, and (b) the Defendant and all potential witnesses with whom material containing Protected Information is reviewed, of the contents of this Protective Order.

9. The defense team shall destroy, at the conclusion of this matter, all Protected Information in its possession, except that defense counsel shall be allowed to retain materials containing Protected Information until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

HON. DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE