IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Brian Rowan,<br>Defendant. | No. CR-26-00660-DGC<br>**[PROPOSED] ORDER AMENDING BOND CONDITIONS** |

Pursuant to Federal Rule of Criminal Procedure 40(c), the United States' motion, which is joined by Defendant Brian Rowan ("the Defendant"), and good cause appearing,

IT IS HEREBY ORDERED that the parties' joint motion to amend the Defendant's bond conditions is GRANTED.

IT IS FURTHER ORDERED that the following bond condition will be imposed:

> Defendant shall not bill or cause to be billed Medicare, Medicaid, or any other health care benefit program as defined by 18 U.S.C. § 24(b). Subject to the approval of Pretrial Services, Defendant may resume employment with Company 1 consistent with the bond conditions imposed and the additional restriction that Defendant will not participate in any discussions, meetings, or communications, or have any decision-making authority, involving any new or existing Company 1 products that are or may be reimbursed by any health care benefit program, as defined by 18 U.S.C. § 24(b).

**SO ORDERED** this _________ day of ________, 2026.

_______________________________

HON. DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE