Louis J. Manzo (*pro hac vice*)
LManzo@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Mark S. Kokanovich (SBN 021168)
kokanovichm@ballardspahr.com
Helen Hitz (SBN 039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 E Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile: (202) 798-5595

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Brian Rowan,

Defendant.

Case No. 26-CR-00660-PHX-DGC (MTM)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR A BILL OF PARTICULARS**

**[PROPOSED] ORDER**

The Court, having considered Defendant Brian Rowan's Motion for a Bill of Particulars, any oppositions and replies thereto, the records on file in this proceeding, and any arguments presented at the hearing on this motion, hereby ORDERS that:

1. The Defendant's request for the government to provide a Bill of Particulars is **GRANTED;**
2. The government is hereby **ORDERED** to provide a Bill of Particulars including the following information:
    a. For all Counts, each person or entity whom the government contends is an unindicted co-conspirator, aider and abettor, or other participant in the charged conduct, and for any participant whose identity is unknown, sufficient identifying information to distinguish that participant from others.
    b. For all Counts, the acts the government contends Mr. Rowan personally performed, directed, authorized, caused, or knowingly assisted, as distinguished from acts attributed solely to other participants.
    c. For Counts 2-4 and 6-10, the conduct and principal actor underlying any reliance on 18 U.S.C. § 2, including whether the government contends Mr. Rowan personally committed, aided and abetted, caused, or attempted to cause each charged transaction.
    d. For all Counts, the transactions, payments, contracts, kickbacks and bribes, and claims the government contends formed part of the charged conspiracy, together with the allegedly unlawful or false feature of each.

The Court finds excludable delay under 18 U.S.C. § 3161(h)____ from ________ to ________.

DATED this _____ day of _____________, 2026.

_________________________________
Honor. David G. Campbell
Senior United States District Judge