Louis J. Manzo (*pro hac vice*)
LManzo@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Mark S. Kokanovich (SBN 021168)
kokanovichm@ballardspahr.com
Helen Hitz (SBN 039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 E Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile:  (602) 798-5595

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Brian Rowan,<br><br>                Defendant. | Case No. 26-CR-00660-PHX-DGC (MTM)<br><br>**DEFENDANT BRIAN ROWAN'S JOINDER IN JOINT MOTION TO AMEND BOND CONDITIONS** |

## I.    MOTION

Defendant Brian Rowan, by and through his undersigned counsel, joins in the Joint Motion to Amend Bond Conditions filed by the United States on August 6, 2026 (ECF 18).

DATED this 12th day of August, 2026.

Respectfully submitted,

_____

Louis J. Manzo
BEVERIDGE & DIAMOND, P.C
Mark S. Kokanovich
Helen Hitz
BALLARD SPAHR LLP.

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2026, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Louis J. Manzo