IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Brian Rowan,<br>Defendant. | No. CR-26-00660-01-PHX-DGC<br>**ORDER AMENDING BOND CONDITIONS** |

Pursuant to Federal Rule of Criminal Procedure 40(c), the United States' motion, which is joined by Defendant Brian Rowan ("the Defendant") (Doc. 21), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' joint motion to amend the Defendant's bond conditions (Doc. 18) is GRANTED.

**IT IS FURTHER ORDERED** that the following bond condition will be imposed:

> Defendant shall not bill or cause to be billed Medicare, Medicaid, or any other health care benefit program as defined by 18 U.S.C. § 24(b). Subject to the approval of Pretrial Services, Defendant may resume employment with Company 1 consistent with the bond conditions imposed and the additional restriction that Defendant will not participate in any discussions, meetings, or communications, or have any decision-making authority, involving any new or existing Company 1 products that are or may be reimbursed by any health care benefit program, as defined by 18 U.S.C. § 24(b).

Dated this 12th day of August, 2026.

David G. Campbell
Senior United States District Judge