Louis J. Manzo (*pro hac vice*)
LManzo@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Mark S. Kokanovich (SBN 021168)
kokanovichm@ballardspahr.com
Helen Hitz (SBN 039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 E Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Brian Rowan,<br><br>Defendant. | Case No. 26-CR-00660-PHX-DGC (MTM)<br><br>**DEFENDANT BRIAN ROWAN'S UNOPPOSED MOTION TO CONTINUE HEARING** |

## I. MOTION

Defendant Brian Rowan, by and through his undersigned counsel, seeks to continue the September 10 motion hearing on a Bill of Particulars (ECF 23). As grounds for a continuance, undersigned counsel has a trial (BNSF Railway v. Pacific Steel, Inc, 23-CV-01202) beginning in the Southern District of California on September 8. Undersigned counsel has consulted with the government and they do not oppose the continuance.

The parties are aware that the Court has limited availability until September 4 due to an ongoing multi-week trial. All parties are available September 21 to 23 for a rescheduled hearing date. Mr. Rowan respectfully requests that the hearing be scheduled during that period, subject to the Court's availability.

DATED this 13th day of August, 2026.

Respectfully submitted,

Louis J. Manzo
BEVERIDGE & DIAMOND, P.C
Mark S. Kokanovich
Helen Hitz
BALLARD SPAHR LLP.

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2026, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Louis J. Manzo