IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Brian Rowan,

Defendant.

Case No. 26-CR-00660-PHX-DGC (MTM)

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING**

The Court, having considered Defendant Brian Rowan's Motion for a Continuance, any oppositions and replies thereto, the records on file in this proceeding, and any arguments presented at the hearing on this motion, hereby ORDERS that:

1. The Defendant's request for a continuance is **GRANTED;**
2. The Hearing on the Defendant's Motion for a Bill of Particulars is continued to _________________________, 2026.

DATED this _____ day of _____________, 2026.

__________________________________
Honor. David G. Campbell
Senior United States District Judge