Louis J. Manzo (*pro hac vice*)
LManzo@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Mark S. Kokanovich (SBN 021168)
kokanovichm@ballardspahr.com
Helen Hitz (SBN 039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 E Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Brian Rowan,<br><br>Defendant. | Case No. 26-CR-00660-PHX-DGC (MTM)<br><br>**DEFENDANT BRIAN ROWAN'S UNOPPOSED MOTION TO CONTINUE TRIAL** |

## I. MOTION

Defendant Brian Rowan, by and through his undersigned counsel, seeks to continue the September 8 first trial date. As grounds for a continuance, undersigned counsel has a previously scheduled trial (BNSF Railway v. Pacific Steel, Inc, 23-CV-01202) beginning in the Southern District of California on September 8. Undersigned counsel has consulted with the government and it does not oppose the continuance.

Time under the Speedy Trial Act is currently tolling due to defendant's motion for a Bill of Particulars (ECF 23). Both the government and defense expect to set a potential new trial date when the parties convene on October 13 for oral arguments on that motion.

DATED this 18th day of August, 2026.

Respectfully submitted,

______________________________

Louis J. Manzo
BEVERIDGE & DIAMOND, P.C
Mark S. Kokanovich
Helen Hitz
BALLARD SPAHR LLP.

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2026, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Louis J. Manzo