UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
v.
Brian Rowan,
Defendant.

Case No. 26-CR-00660-PHX-DGC (MTM)

**[PROPOSED] ORDER GRANTING DEFENDANT BRIAN ROWAN'S UNOPPOSED MOTION TO CONTINUE TRIAL**

The Court, having considered Defendant Brian Rowan's Motion for a Continuance, any oppositions and replies thereto, the records on file in this proceeding, and any arguments presented at the hearing on this motion, hereby ORDERS that:

1. The Defendant's request for a continuance is **GRANTED;**
2. Time under the Speedy Trial Act continues to toll due to the Defendant's pending motion for a Bill of Particulars (ECF 23).
3. A new trial date will be set on October 13, 2026 when the parties convene for argument on the Bill of Particulars.

DATED this _____ day of _____________, 2026.

_________________________________
Honor. David G. Campbell
Senior United States District Judge