**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Brian Rowan,

Defendant.

No. CR-26-00660-001-PHX-DGC

**ORDER**

Upon motion of Defendant, no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Unopposed Motion to Continue Trial (Doc. 26) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial date from September 8, 2026, to **November 10, 2026, at 9:00 a.m.**, in Phoenix, Arizona, and continuing the pretrial motion deadline until **October 2, 2026**.

**IT IS FURTHER ORDERED** setting a status conference on **October 13, 2026, at 10:00 a.m.** to discuss a firm trial setting, to be heard in conjunction with the oral argument previously set on that date and time.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) from September 9, 2026, to November 10, 2026.

Dated this 19th day of August, 2026.

David G. Campbell
Senior United States District Judge