Louis J. Manzo (*pro hac vice*)
LManzo@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190

Mark S. Kokanovich (SBN 021168)
kokanovichm@ballardspahr.com
Helen Hitz (SBN 039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 E Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Brian Rowan,<br>Defendant. | Case No. 26-CR-00660-PHX-DGC (MTM)<br><br>**DEFENDANT BRIAN ROWAN'S MOTION TO CONTINUE CURRENT PRETRIAL MOTION SCHEDULE** |

# I. MOTION

On August 19, 2026, at the unopposed request of Defendant Brian Rowan, the Court vacated the prior trial date and ordered the parties to discuss setting a firm trial date at the upcoming hearing on October 13, 2026. Defendant Rowan also respectfully requests that the court vacate the present pretrial motion calendar, which mandates that motions be filed by October 2. Defendant Rowan requests that the Court set a new motion schedule also at the October 13, 2026 hearing. The government does not oppose.

Time under the Speedy Trial Act is currently tolling due to defendant's motion for a Bill of Particulars (ECF 23).

DATED this 31st day of August, 2026.

Respectfully submitted,

Louis J. Manzo
BEVERIDGE & DIAMOND, P.C
Mark S. Kokanovich
Helen Hitz
BALLARD SPAHR LLP.

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Louis J. Manzo