UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Brian Rowan,<br>Defendant. | Case No. 26-CR-00660-PHX-DGC (MTM)<br>**[PROPOSED] ORDER GRANTING DEFENDANT'S CONTINUANCE** |

The Court, having considered Defendant Brian Rowan's Motion for a Continuance of the Motion Deadline, any oppositions and replies thereto, the records on file in this proceeding, and any arguments presented at the hearing on this motion, hereby ORDERS that:

1. The Defendant's request for a continuance is **GRANTED;**
2. Time under the Speedy Trial Act continues to toll due to the Defendant's pending motion for a Bill of Particulars (ECF 23).
3. A new motions schedule will be set on October 13, 2026 when the parties convene for argument on the Bill of Particulars.

DATED this _____ day of _____________, 2026.

_________________________________
Honor. David G. Campbell
Senior United States District Judge