# Exhibit 2

Beverige & Diamond

Louis J. Manzo
1900 N Street, NW, Suite 100
Washington, DC 20036
+1.202.789.6030
LManzo@bdlaw.com

August 14, 2026

Mr. Shane Butland
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005

Re: *United States v. Brian Rowan*, No. CR-26-00660-01-PHX-DGC (MTM) (D. Ariz.)

Dear Mr. Butland,

We write to reiterate our discovery demands under the United States Constitution, the Federal Rules of Criminal Procedure, and *Brady v. Maryland*, 373 U.S. 83 (1963). Additionally, we respectfully seek a response to the following questions concerning discovery:

- On our initial case call on July 6, 2026, you stated that you would be disclosing Grand Jury materials in discovery. The index from the first discovery production does not reference the materials. Please produce the Grand Jury materials. If the materials remain bound by Rule 6(e), can the parties move jointly and immediately under 6(e) for permission from the court via a written motion?

- On our August 12 call, you indicated that discovery would be complete (except for a limited number of newly generated documents, such as Form 302's, postdating the indictment) by September 1. Is this correct?

Finally, when we spoke on August 12, you indicated that you would affirmatively respond to discovery letters. If we do not hear back from you by August 21 on both this letter and the outstanding discovery questions in the August 3 letter (five total questions combined between the letters), we will assume that you have chosen not to respond.

Sincerely,

Louis J. Manzo
Counsel for Brian Rowan