# Exhibit 3

**Lou J. Manzo**

---

| | |
|---|---|
| **From:** | Butland, Shane (CRM) <Shane.Butland2@usdoj.gov> |
| **Sent:** | Tuesday, August 18, 2026 11:07 AM |
| **To:** | Lou J. Manzo; Kokanovich, Mark; Alyse I. Adamson |
| **Cc:** | Hochul III, William (CRM) |
| **Subject:** | RE: Discovery Letter 2; Rowan |

Lou,

As we explained during our call last Wednesday, August 12, we are working diligently to make additional discovery productions to you in an organized, searchable, and expeditious fashion. We produced over 1 million files in our initial, August 10 production (which was less than two weeks after Mr. Rowan's arraignment), and we expect to make a voluminous second production by the end of this month. The initial production contains materials obtained by the grand jury, as will subsequent productions. The government has complied and will continue to comply with its *Brady* obligations, including before the grand jury, as well by producing discovery containing searchable electronic files, with organized indices and subfolders.

Your remaining bill of particulars requests will be addressed at the October 10 hearing, and we will continue to respond to reasonable requests regarding the discovery materials when appropriate.

Thanks,
Shane

**Shane Butland**
Trial Attorney, U.S. Department of Justice
National Fraud Enforcement Division
White Collar and Corporate Enforcement Section
(202) 286-1177 (cell)
Shane.Butland2@usdoj.gov

---

**From:** Lou J. Manzo <LManzo@bdlaw.com>
**Sent:** Friday, August 14, 2026 7:46 PM
**To:** Hochul III, William (CRM) <William.Hochul.III@usdoj.gov>; Butland, Shane (CRM) <Shane.Butland2@usdoj.gov>; Hochul III, William (CRM) <William.Hochul.III@usdoj.gov>
**Cc:** Kokanovich, Mark <kokanovichm@ballardspahr.com>; Alyse I. Adamson <AAdamson@bdlaw.com>
**Subject:** [EXTERNAL] Discovery Letter 2; Rowan

DOJ Team,

Attached, please find Discovery Letter 2.

Thanks,
Lou

**Lou J. Manzo**
Principal

Beverige & Diamond

**T:** +1.202.789.6030 | LManzo@bdlaw.com

1900 N Street, NW, Suite 100, Washington, DC 20036

LinkedIn | Bio

CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Beveridge & Diamond, PC and may be confidential or privileged. If you have rec
this e-mail in error, please notify us immediately by telephone at +1.202.789.6000 or by e-mail reply and delete this message.