TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
U.S. Department of Justice

SHANE BUTLAND
William Hochul III
Trial Attorneys
Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Brian Rowan, Defendant. | No. CR-26-00660-PHX-DGC<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through its undersigned attorneys, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that, in addition to the assets contained in the Indictment, ECF No. 3, the following property is subject to forfeiture on the basis of the forfeiture allegations set forth therein:

1. 2021 Land Rover Range Rover bearing Vehicle Identification Number (VIN) SALGU5SEXMA422925 seized from Defendant Brian Rowan on July 16, 2026;
2. 2023 Rolex Dayton watch 116500LN, reference number 0NT02130;
3. Approximately $1,155,789.90 seized from Mass Mutual Ascend life insurance policy ending in 8186 held in the names of Brian Rowan and Nicole Rowan;
4. Approximately $1,148,063.60 seized from Global Atlantic Financial Group, Forethought Life Insurance Company life insurance policy ending in 9137 in the names of Brian Rowan and Nicole Rowan;
5. Approximately $506,050.48 seized from Merrill Lynch brokerage account ending in 2341 held in the names of Brian M. Rowan and Nicole Rowan;
6. Approximately $445,990.96 seized from North American Company for Life and Health Insurance life insurance policy ending in 7701 in the names of Brian M. Rowan and Nicole Rowan;
7. Approximately $303,964.24 seized from Cetera Wealth Services (formerly Avantax) trust account ending in 9704 held in the name of Rowan Family Trust;
8. Approximately $194,164.39 seized from Lincoln National Life Insurance Company life insurance policy ending in 5135 in the name of Brian Rowan; and

9. Approximately $14,106.73 seized from Merrill Lynch brokerage account ending in 2342 held in the names of Brian M. Rowan and Nicole Rowan.

Respectfully submitted this 9th day of September, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
U.S. Department of Justice

*s/ Shane Butland*
SHANE BUTLAND
WILLIAM HOCHUL III
Trial Attorneys
Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Louis J. Manzo, Esq.
Helen Hitz, Esq.
Mark Samuel Kokanovich, Esq.
Counsel for Brian Rowan

*s/ Shane Butland*
SHANE BUTLAND
Trial Attorney
Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice