**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: David G. Campbell** | **Date:** October 13, 2026 |
| **USA v. Brian Rowan** | **Case Number: CR-26-00660-001-PHX-DGC** |

**Assistant U.S. Attorney: Shane Butland, William Huchol, and Matthew Williams**
**Attorney for Defendants: Louis Manzo, Alyse Adamson, Mark Kokanovich, and Helen Hitz**
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**MOTION HEARING and STATUS CONFERENCE**

10:01 a.m. Convene. Parties present with counsel. Discussion held regarding the status of discovery and the parties' readiness for trial. The following firm trial schedule is set: **March 25 – March 26, 2027; March 29 – April 2, 2027; April 6 – April 9, 2027; and April 13 – April 16, 2027**. Defendant having waived speedy trial time, the Court finds excludable delay under Title 18 U.S.C § 3161(h)(7)(B)(iv) from November 11, 2026, to March 25, 2027. The Court finds that failure to extend the trial date to March 25, 2027 would deny defense counsel the reasonable time needed for preparation.

Oral argument heard regarding Defendant's Motion for Disclosure of Grand Jury Materials (Doc. 38) and Defendant's Motion for Bill of Particulars (Doc. 20).

**IT IS ORDERED** that Defendant's Motion for Disclosure of Grand Jury Materials (Doc. 38) is **DENIED** for the reasons stated on the record.

**IT IS FURTHER ORDERED** that Defendant's Motion for Bill of Particulars (Doc. 20) is taken under advisement.

**IT IS FURTHER ORDERED** setting a videoconference for **Friday, October 30, 2026 at 11:00 a.m.** Parties will receive connection details by separate email. Prior to the videoconference, the parties shall meet and confer and submit a joint memorandum on the remaining issues discussed at today's hearing. The joint memorandum is due by close of business on **October 28, 2026**.

11:40 a.m. Court is adjourned.

**Court Reporter** Teri Veres
**Deputy Clerk** Robert Vasquez

**Mtn Hrg: 1 hr 39 min**

**Start: 10:01 AM**
**Stop: 11:40 AM**