# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Brian Rowan,<br>Defendant. | No. CR-26-0660-PHX-DGC<br>**SCHEDULING ORDER** |

The Court held a status conference with the parties on October 30, 2026, and enters the schedule below to govern all proceedings in this case:

**A. Final Pretrial Conference:** **March 5, 2027 at 10:00 a.m.**

**B. Jury Trial:** **March 23, 2027 at 8:30 a.m.**[1]

**C. Status Conference by Video:** **December 8, 2026 at 2:00 p.m.**

**D. Advice-Of-Counsel Defense:**

1. Defense disclosure of intent to assert advice-of-counsel or good faith reliance on counsel defenses: **November 2, 2026**

2. Defense production of discovery relevant to advice-of-counsel/good faith reliance on counsel defense: **December 15, 2026**

[1] Trial dates will be March 23-26, March 30-April 2, April 8-9, April 13-16. The Court is in the process of determining whether trial can also be held on Mondays of these weeks.

**E. Government Discovery:**

| | |
|---|---|
| 1. Government's Rule 16 discovery deadline: | **December 4, 2026** |
| 2. Government's expert disclosure:[2] | **January 25, 2027** |
| 3. Government's rebuttal expert disclosures: | **February 8, 2027** |
| 4. Government's production of *Giglio* material: | **February 18, 2027** |
| 5. Government's production of Rule 26.2/*Jencks* material: | **March 11, 2027** |

**F. Defense Discovery:**

| | |
|---|---|
| 1. Defense reciprocal Rule 16 discovery: | **January 1, 2027** |
| 2. Defense expert disclosure: | **January 25, 2027** |
| 3. Defense rebuttal expert disclosures: | **February 8, 2027** |
| 4. Defense production of Rule 26.2/*Jencks* material: | **March 11, 2027** |

**G. Motions Deadline:**

| | |
|---|---|
| 1. Pretrial Substantive and FRE 404(b) Motions: | **January 8, 2027** |
| 2. Responses to Substantive Motions: | **January 22, 2027** |
| 3. Replies: | **February 5, 2027** |
| 4. *Daubert* Objections:[3] | **February 15, 2027** |
| 5. *Daubert* Responses: | **March 1, 2027** |

**H. Other Submissions:**

| | |
|---|---|
| 1. Government's and Defendant's preliminary witness and exhibit lists, including 902(11) notices: | **February 18, 2027** |
| 2. Motions in Limine and 902(11) objections (3 page limit per motion): | **February 19, 2027** |
| 3. Responses to Motions in Limine (3 page limit per response, no replies permitted): | **February 26, 2027** |
| 4. Joint Proposed Jury Questionnaire: | **January 22, 2027** |

---

[2] In making their expert disclosures, the parties should keep in mind the 2022 amendments to Federal Rule of Criminal Procedure 16(a)(1)(G) and 16(b)(1)(C). The parties should also review the 2022 Advisory Committee Notes to Rule 16.

[3] The Ninth Circuit case on recent amendments to Rule 702, mentioned by the Court during the hearing, is *Englis v. Monsanto Co.*, 151 F.4th 1040 (9th Cir. 2025).

| | |
|---|---|
| 5. Proposed Voir Dire Questions: | **March 3, 2027** |
| 6. Submission of Joint Statement of Case: | **March 3, 2027** |
| 7. Joint Proposed Verdict Form: | **March 3, 2027** |
| 8. Joint Proposed Jury Instructions: | **March 3, 2027** |
| 9. Government's and Defendant's final witness and exhibit lists: | **March 18, 2027** |
| 10. Summary Exhibit Disclosures: | **March 18, 2027** |

The Court instructed the parties to call the Court whenever they reach a disagreement on a material matter that could affect the case schedule.

Dated this 2nd day of November, 2026.

David G. Campbell
Senior United States District Judge